## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| KEVIN DONALDSON, AS ADMINISTRATOR OF THE ESTATE OF SARAH C. DONALDSON, DECEASED AND KEVIN DONALDSON, AS ADMINISTRATOR OF THE ESTATE OF SARAH C. DONALDSON, ON BEHALF OF MICHAEL DONALDSON AND PAMELA DOUGLAS, NATURAL PARENTS AND STATUTORY HEIRS OF DECEDENT SARAH C. DONALDSON | No. 736 MAL 2016<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| DAVIDSON BROTHERS, INC., MICHAEL R. DAVIDSON, AND GEORGE E. DONLEY | |
| v. | |
| LJF, INC., AND WILBERT QUADE | |
| PETITION OF: LJF, INC. | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.